**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **Case No.   8:04-cr-523-T-30TGW**

**VINCENT LOFFREDO,**

    **Defendant.**
_____/

**O R D E R**

The Defendant was before the court on a petition alleging violations of conditions of pretrial release filed June 1, 2005.  By the allegations therein, the Defendant committed a new crime on May 29, 2005, in a domestic dispute with his wife.  The court has separately granted the government's motion to revoke the Defendant's pretrial release order.  The Defendant has been offered a hearing pursuant to 18 U.S.C. § 3148 but waived such in hearing in light of the revocation of his release status.  Accordingly, the court makes no findings on the alleged violations and the petition is hereby dismissed.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States

Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 3rd day of June 2005.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Stephen Muldrow, Assistant U.S. Attorney
Adam Allen, Attorney for Defendant
U.S. Marshal
U.S. Pretrial